IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

QUINN CONSTRUCTION, INC.,           :
                                    :
           Plaintiff,               :
                                    :
     v.                             :   CIVIL ACTION
                                    :
FIDELITY & DEPOSIT COMPANY OF       :
MARYLAND d/b/a ZURICH NORTH         :
AMERICAN,                           :   NO. 06-591 (FLW)
                                    :
     and                            :
                                    :
UNITED STATES FIDELITY AND          :
GUARANTY COMPANY d/b/a              :
ST PAUL TRAVELERS,                  :   ORDER
                                    :
     and                            :
                                    :
FEDERAL INSURANCE COMPANY           :
d/b/a CHUBB GROUP OF INSURANCE      :
COMPANIES,                          :
                                    :
           Defendants.              :

RECEIVED
OCT 30 2009
AT 8:30_____M
WILLIAM T. WALSH
CLERK

AND NOW, this 30 day of October, 2009, it is hereby ordered that the time for the parties to complete fact discovery in this matter shall be extended until December 31, 2009. This extension does not affect or extend any other deadline in the Court's August 6, 2009 scheduling order.

_____
Hon. Tonianne Bongiovanni, U.S.M.J.

**ORDER ON ORAL MOTION**

05810-0016

#831650-v1 06854-0022